## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRYAN K. CLAUSON, in his capacity as Guardian Ad Litem for R.D., <br>     Plaintiff <br><br> v. <br><br> CITY OF SPRINGFIELD, ET AL., <br>     Defendants | CIVIL ACTION NO. 3:11-cv-30206 -MAP |

### JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's endorsed order entered this date, dismissing this case as to all remaining defendants.

                                        SARAH A. THORNTON, <br>
                                      CLERK OF COURT

Dated: June 27, 2012            /s/ *Maurice G. Lindsay* <br>
                                        Maurice G. Lindsay <br>
                                        Deputy Clerk

(Civil Judgment of Dismissal.wpd - 11/98) [jgm.]